UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKELINE YESSICA TORRES SOTOMAYOR,<br><br>                    Petitioner,<br><br>          v.<br><br>PAMELA BONDI, et al.,<br><br>                    Respondents. | Case No. 5:25-cv-02939-CV-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

//

IT IS ORDERED that judgment be entered granting Petitioner's petition for writ of habeas corpus (ECF 1) as to Petitioner's procedural due process claims and enjoining Respondents from re-detaining Petitioner without notice and a pre-detention hearing, except to remove Petitioner pursuant to a final removal order.

DATED: 4/15/26 _____

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE