UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKELINE YESSICA TORRES SOTOMAYOR, | Case No. 5:25-cv-02939-CV-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| PAMELA BONDI, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Petitioner's petition for writ of habeas corpus (ECF 1) is granted as to Petitioner's procedural due process claims and Respondents are enjoined from re-detaining Petitioner without notice and a pre-detention hearing, except to remove Petitioner pursuant to a final removal order.

DATED: 4/15/26

*Cynthia Valenzuela*

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE